# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **1:16MJ00096-001** |
| **GWENDOLYN GERTH** | Defendant's Attorney: Reed Grantham, Appointed |

**THE DEFENDANT:**

[✓] pleaded guilty to count __1__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23(a)(2) | Drive Motor Vehicle at a time blood or breath is 0.08 grams or more. | 10/10/2016 | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s) __2-3__ are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.        [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

5/16/2017
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

5/18/2017
Date

# PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
24 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

# CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a fine of $1,190.00 and a special assessment of $10.00 for a total financial obligation of $2,000.00, which shall be paid at the rate of$100.00, per month commencing on 7/1/2017, and each month thereafter by the 1st of the month for 20 months until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.  
    2500 Tulare Street, Rm 1501  
    Fresno, CA 93721

5. The Defendant is committed to the SUSPENDED custody of the United States Bureau of Prisons to be imprisoned for a total of 20 days. If defendant is in compliance with the terms of probation at the First Review Hearing the In Custody time will be Suspended Indefinitely.
6. The Defendant shall complete a Multi-Offender DUI program through the California Department of Motor Vehicles by and file proof within the first 20 months of probation. Must show proof of attendance and that she is on schedule for completion at the First Review Hearing.
7. The Defendant is ordered to personally appear for a First Probation Review Hearing on 5/22/2018 at 10:00 am before U.S. Magistrate Judge Seng.
8. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
9. The Defendant shall continue to attend treatment/counseling sessions that she is previously enrolled in and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented. If for some reason other than the doctor recommends discontinuing the sessions, the defendant must enroll in another program or something comparable to AA and inform the Court and the Government through Counsel.