1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   GWENDOLYN GERTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00096 |
|---|---|
| Plaintiff, | **MOTION TO VACATE MAY 22, 2018 REVIEW HEARING: ORDER** |
| vs. | |
| GWENDOLYN GERTH, | |
| Defendant. | |

On May 16, 2017, the Court sentenced Gwendolyn Gerth to 24 months of unsupervised probation, with the conditions that she obey all laws and report any new law violations within 7 days. She was also ordered to pay a fine of $2000 and complete the Multi-Offender DMV Program.

Sadly, Ms. Gerth passed away on March 10, 2018. Accordingly, defense counsel asks the court to vacate her review hearing. The government has no objection to this request.

//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 21, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
GWENDOLYN GERTH

# **O R D E R**

Based on the parties' representation, the Court vacates the May 22, 2018 review hearing.

IT IS SO ORDERED.

Dated:  May 21, 2018                    /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE

Gerth - Motion to Vacate

2